# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2016

151112

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

BLACKWARD PROPERTIES, LLC,
      Plaintiff/Counter Defendant-
      Appellant,

v

CHARLES D. SOWER, REAL ESTATE
ONE, INC., d/b/a MAX BROOCK REALTORS,
RONALD L. HUGHES, and HUGHES
ACQUISITION,
      Defendants/Counter Plaintiffs/Third-
      Party Plaintiffs-Appellees,

and

HARRY BLACKWARD and D'ANNE
KLEINSMITH,
      Third-Party Defendants-Appellants,

and

PRIVATE BANK & TRUST COMPANY,
      Defendant-Appellee.

SC: 151112
COA: 313282
Oakland CC: 2010-112094-CZ

_____/

      On order of the Court, the application for leave to appeal the November 4, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2016



Clerk

p0229